NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1438

STATE OF LOUISIANA

VERSUS

DAVID E. MITCHELL

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 66,343
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and James T. Genovese, Judges.

AFFIRMED.

William E. Tilley
District Attorney
Thirtieth Judicial District Court
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
Counsel for Appellee:
    State of Louisiana

Terry W. Lambright
Assistant District Attorney
Thirtieth Judicial District Court
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
Counsel for Appellee:
    State of Louisiana

**Edward K. Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
    **David E. Mitchell**

**David E. Mitchell**
**Vernon Correctional Facility**
**2294 Slagle Road**
**Leesville, LA 71446**